**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                No. 97-6698

CAROL RICHARDSON,
Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Virginia, at Norfolk.
J. Calvitt Clarke, Jr., Senior District Judge.
(CR-90-105-N, CA-97-149-2)

Submitted: August 18, 1998

Decided: September 22, 1998

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

Carol Richardson, Appellant Pro Se. Laura Marie Everhart, Assistant
United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Carol Richardson appeals from a district court order finding her motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) barred by the one-year limitations period of 28 U.S.C.A. § 2255 (West Supp. 1998). Richardson had until April 23, 1997 to file her § 2255 motion. See Brown v. Angelone, ___ F.3d ___, 1998 WL 389030 (4th Cir. July 14, 1998) (Nos. 96-7173, 96-7208). Because she filed the motion on February 3, 1997, it was not time barred. We therefore grant a certificate of appealability, vacate the district court's order, and remand for further proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED